FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

KATHLEEN M. SWOBODA,

      Plaintiff,

      v.

DENIS MCDONOUGH, Secretary of the Department of Veterans Affairs,

      Defendant.

No. 2:21-CV-00069-SAB

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant's Motion to Dismiss for Lack of Jurisdiction, ECF No. 26. The motion was considered without oral argument. Plaintiff is proceeding *pro se*. Defendant is represented by Assistant United States Attorney Timothy Durkin.

Plaintiff alleges she was subject to sex discrimination and retaliation by Defendant, in violation of Title VII of the Civil Rights Act of 1964. On July 3, 2018, and April 2, 2021, Plaintiff executed two settlement agreements with Defendant, resolving the Title VII claims. Settled claims are moot. *EEOC v. Goodyear Aerospace Corp.*, 813 F.2d 1539, 1542 (9th Cir. 1987). Since Plaintiff's claims are moot, the Court lacks jurisdiction over this action. *Gator.com Corp. v. L.L. Bean, Inc.*, 398 F.3d 1125, 1132 (9th Cir. 2005). Consequently, Defendant's motion to dismiss is granted.

//

//

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.    Defendant's Motion to Dismiss for Lack of Jurisdiction, ECF No. 26, is **GRANTED**.

2.    The above-captioned case is **DISMISSED** for lack of subject matter jurisdiction.

3.    The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant and against Plaintiff.

   **IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and *pro se* Plaintiff, and **close** the file.

**DATED** this 4th day of November 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS * 2**